UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                    Case No. 04-13246 BKC RAM
                                          Chapter 13

Paul Kome Ngalame,

_____Debtor_____/

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, **Inquest Services, Inc.** applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $ 2,279.38, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. § 2041 as unclaimed funds for claimant **Paul Kome Ngalame**. Applicant further states that:
(Indicate one of the following items:)

__ Applicant is the individual claimant named in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" and states that no other application for this claim has been submitted by or at the request of this claimant.

__ Applicant is the duly authorized representative for the business or corporation named as the claimant in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk". Applicant has reviewed all records of the claimant and states that no other application for this claim has been submitted by or at the request of this claimant. **A local form Affidavit of Claimant (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

_X_ Applicant is an attorney or a "funds locator" who has been retained by the claimant. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney ", conforming to the Official Bankruptcy Form and a Local Form Affidavit of Claimant (LF-28) are attached and made a part of this application.**

___ Applicant is either a family member of the deceased claimant or a successor in interest to the individual or business named as the claimant in the notice of

FINANCIAL OFFICE REVIEW
| Application Received | Date: 01/26 | Initials: |
| Payment Approved | Date: 02/22 | Initials: |
| Forwarded to Judge | Date: 2/2/07 | Initials: |
| Accounting Code | 604783/2 | |

LF-27 (rev. 12/01/03)                    Page 1 of 2

deposit of funds into the court. **An original "power of attorney" conforming to the official bankruptcy form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.**

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. § 2042.

Dated: 1/25/07

Paul Kome Ngalame
_____
Name of Original Claimant

968 NE 84th Street
_____
Miami, FL 33138
_____
Address

Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# __4846__

Note: Individual applicant must also submit a separate form "Statement of Social Security Number(s) of Unclaimed Funds Applicant/Claimant" as required by Judicial Conference Privacy policy.

ID# _____

Claim # __Scheduled__

Sworn to and Subscribed before me on __1/25/07__

NOTARY PUBLIC, AT LARGE
STATE OF __Florida__

Oslenys B. Alba
Commission # DD211948
Expires May 13, 2007
Aaron Notary
1-800-350-5161

**Jairo A. Camargo/ President**
*Print Name and Title of Applicant

**Inquest Services, Inc.**
Print Company Name

**P.O. Box 660584**
Print Street Address

**Miami, FL 33266**
Print City and State

**(305) 303-1458**
Telephone (including area code)

*Attach corporate power of attorney if applying as authorized representative of non individual claimant.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Case No. 04-13246 BKC RAM
Chapter 13

Paul Kome Ngalame,

_____ Debtor _____/

## AFFIDAVIT OF CLAIMANT

I, __Paul Kome Ngalame__ the undersigned claimant (or duly authorized representative for the claimant "business" indicated in paragraph 2) declare as follows:

1. __INQUEST SERVICES, INC., P.O. Box 660584, Miami, FL 33266__
(Name and Address)
has been granted a power of attorney by me to submit an Application to Withdraw Unclaimed Funds (or I am the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney) seeking payment of: (indicate a or b)

   a. (___) claim number_____ (if no claim was filed write "scheduled" in blank space) for which the dividend of $_____ is due and owing to me or the "business" I represent as claimant in the above referenced bankruptcy case; or

   b. ( X ) funds deposited in the name of the debtor in the amount of $ 2,279.38

2. My name, position with company (if representing a "business" claimant), address and telephone number are as follows:

3. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. If attachments contain Social Security number, please attach them to the "Statement of Social Security Number of Unclaimed Funds Claimant/Applicant".

4. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named in item one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 1-25-07

_____
signature of claimant or representative of "business" claimant
Paul Kome Ngalame
print name
Debtor
title

0913
Last Four Digits of Social Security # or Tax ID#
(Note: Individual claimant must also submit a separate "Statement of Social Security Number(s) of Unclaimed Funds Applicant/Claimant" as required by Judicial Conference policy)

Sworn to and Subscribed before me
on 1/25/07

_____
NOTARY PUBLIC, AT LARGE
STATE OF FLORIDA

Jairo A. Camargo
Commission # DD264664
Expires: Nov. 4, 2007
Aaron Notary
1-800-350-5161

LF-28 (rev. 12/01/03)

## LIMITED POWER OF ATTORNEY
### (For one transaction only)

      **I, Paul Kome Ngalame,** do hereby grant to ***INQUEST SERVICES, Inc.***, my sole true and lawful attorney-in-fact for me and my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following **limited purpose only and for no other:**

To reclaim, recover, and return unclaimed funds in the amount of **$2,279.38**.

**This Limited Power of Attorney is specifically limited to the collection and disbursement of the above named funds and shall expire upon completion of this collection.** I authorize the use of a photocopy of this Power of Attorney, in lieu of the original.

I do hereby certify that the foregoing is true and correct.

_____
          Signature

========================================================================

## NOTARY ACKNOWLEDGEMENT

State of _FLORIDA_

County of _MIAMI-DADE_

SUBSCRIBED AND SWORN on the _25th_ day of _JANUARY_, 200_7_ before me, personally appeared _PAUL KOME NGALAME_, personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to within instrument and acknowledgement to me, that they executed the same in their authorized capacity, and that by their signature on the instrument the person or their entity upon behalf of which the person acted executed the instrument.

**Identification for the above named was Drivers License No. (or specify other identification):** _FL DL_

WITNESS my hand and official seal,

Signature _____
      Notary Public                    My commission expires:

                      Jairo A. Camargo
                      Commission # DD264664
                      Expires: Nov. 4, 2007
                      Aaron Notary
                      1-800-350-5161

